**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **v.** § § | **CASE NO. 3:17-MJ-192-BK** |
| **JOHN RAYNE RIVELLO** § § | |

**ORDER**

On this day, the Court considered Defendant's *Unopposed Motion to Modify Conditions of Release*, filed May 22, 2017, Doc. 10. Defendant seeks to modify his conditions of release to permit him to, inter alia, seek and maintain employment, obtain in-patient treatment, and visit his counsel in Texas. After consulting with the Supervising Pretrial Services Officer and considering the applicable law and the circumstances of the case, the Court finds that the Order Setting Conditions of Release, entered by the United States District Court for the District of Maryland on March 17, 2017, Doc. 3 at 6-8, should be modified. Accordingly, Defendant's *Unopposed Motion to Modify Conditions of Release*, Doc. 10, is **GRANTED** to the extent stated herein.

Defendant is **ORDERED** not to travel outside of the District of Maryland, without first obtaining the permission of the Supervising Pretrial Services Officer to travel elsewhere, except that travel shall be permitted to the Northern District of Texas for court appearances and visits to consult with counsel that have been approved in advance by the Pretrial Services Officer.

Defendant is **ORDERED** to submit to a location monitoring program, as directed by the Supervising Pretrial Services Officer. Defendant is further **ORDERED** to pay all or part of the costs of that program based on his ability to pay as determined by the Supervising Pretrial Services Officer.

**IT IS FURTHER ORDERED** that once the location monitoring program has been initiated, Defendant is no longer subject to the restrictions contained in Condition (8)(v) of the *Order Setting Conditions of Release*, Doc. 3 at 7.  Instead,

Defendant is **ORDERED** to remain at his parent's residence at all times, except for employment, education, religious services, medical purposes, substance abuse testing/treatment, mental health treatment, attorney visits, court appearances or other court-ordered obligations, and other activities, all specifically approved in advance by the Supervising Pretrial Services Officer or ordered by the Court.

**IT IS FURTHER ORDERED** that the other conditions in the *Order Setting Conditions of Release*, Doc. 3 at 6-8, remain in full force and effect.

**SIGNED** June 2, 2017.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE