```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
     AUG 29 2017
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | NO. 3-17MJ192-BK |
| JOHN RAYNE RIVELLO | § § | |

### ORDER

Upon consideration of Defendant's Agreed Motion to Extend Deadline for the Filing of an Indictment, filed August 28, 2017, the Court finds that a continuance of the time to indict would serve the ends of justice and would outweigh the interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the motion is GRANTED. The time for filing an indictment in this case is extended to December 1, 2017. *No further extensions will be granted without a hearing on the matter.*

Signed this 29th day of August, 2017

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

00811-99580/9515101.1