# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 3-17MJ192-BK** |
| | § | |
| **JOHN RAYNE RIVELLO** | § | |

## ORDER

Mr. Rivello's motion to modify conditions of release is granted. His travel is restricted to the District of Maryland, except to attend court or visit counsel in Texas or for medical needs through the VA. All other conditions of release shall remain in effect.

Signed this _____ day of _____, 2017.

_____
JUDGE PRESIDING